JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES SUPERIOR COURT, DIVISION 47, et al.,<br><br>Defendants. | Case No. 2:24-cv-09141-FWS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action with Prejudice for Failure to Follow Local Rule 41-6,

IT IS HEREBY ADJUDGED that this action with prejudice.

DATED: February 3, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE